# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 9, 2014 |
| Court Reporter: Janet Coppock | Time: 43 minutes |
| Probation Officer: Michelle Means | Interpreter: n/a |

**CASE NO. 13-CR-00046-PAB-8**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Stephanie Podolak |
| Plaintiff, | |
| vs. | |
| **8.  CRAIG CLAUSSEN,** | Forrest Lewis |
| Defendant. | |

## SENTENCING

**3:06 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00046-PAB-8
October 9, 2014

Argument by Ms. Podolak in support of the Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines and Motion for a Variant Sentence.

Comments by Mr. Lewis.

**ORDERED:**   Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines and Motion for a Variant Sentence [Docket No 438], is **GRANTED**.

**ORDERED:**   Government's Motion for a Variant Sentence [Docket No. 440], is **DENIED**.

Argument by Mr. Lewis in support of Defendant Craig Claussen's Motion for Non-Guideline Sentence and comments addressing sentencing.

Argument by Ms. Podolak and comments addressing sentencing.

**ORDERED:**   Defendant Craig Claussen's Motion for Non-Guideline Sentence [Docket No. 424], is **GRANTED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **March 3, 2014** to count **Twenty-One of the Indictment.**

**ORDERED:**   Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be placed on probation for a period of **5** years.

**ORDERED: Conditions** of Probation are that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.

Page Three
13-CR-00046-PAB-8
October 9, 2014

- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:** **Special Condition** of Probation are that:
- (**x**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for a Three Level Reduction for Acceptance of Responsibility [Docket No. 437], is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Remaining Counts [Docket No. 439], is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED**: Bond is exonerated.

**3:49 p.m.    COURT IN RECESS**

**Total in court time:    43 minutes**

**Hearing concluded**