IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00046-PAB-8

UNITED STATES OF AMERICA,

      Plaintiff,

v.

8.  CRAIG CLAUSSEN,

      Defendant.

---

## ORDER

    This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 439].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 439] is granted.  Count One of the Indictment is dismissed as to defendant Craig Claussen only.

    DATED October _9_, 2014.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge